IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSE RAUL PALACIOS,<br><br>Plaintiff,<br><br>v.<br><br>POTTER COUNTY DETENTION FACILITY, *et al.*,<br><br>Defendants. | 2:25-CV-129-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case as frivolous and for failure to state a claim under 28 U.S.C. Section 1915(e)(2)(B). ECF No. 16. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 16) is **ADOPTED** and the claims against Defendants are **DISMISSED WITH PREJUDICE**. The United States District Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

October 13, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE